THE PEOPLE OF THE STATE OF NEW YORK, Respondent,
v. WILLIAM MARWEG, Appellant.

*Crimes — murder — judgment of conviction of murder in first degree affirmed.*

(Argued October 24, 1921; decided November 22, 1921.)

APPEAL from a judgment of the Supreme Court, rendered January 27, 1921, at a Trial Term for the county of Erie, upon a verdict convicting the defendant of the crime of murder in the first degree.

*Clark H. Timerman* and *Edward C. Handwerk* for appellant.

*Guy B. Moore,* District Attorney (*Walter F. Hofheins* of counsel), for respondent.

Judgment of conviction affirmed; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, MCLAUGHLIN, CRANE and ANDREWS, JJ.; HOGAN, J., under provisions of section 542 of the Code of Criminal Procedure.